IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| VONTRAVIOUS RA'KIM JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-016 |
| | ) | |
| WARDEN, Wheeler Correctional Facility; NIGHT STAFF, Wheeler Correctional Facility; WHEELER CORRECTIONAL FACILITY; WARDEN KURSEY; WARDEN HAMILTON; and LT. CUMBIE, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 25 day of July, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE